IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA HARTMAN, on behalf of herself and all others similarly situated, ) ) ) Plaintiff, ) ) vs. ) ) MEDICREDIT, INC. ) and JOHN DOES 1-25, ) ) Defendants. ) ) ) | CASE NO. 2:15-cv-01596-MPK<br><br>*Electronically Filed* |

## MOTION FOR ADMISSION PRO HAC VICE OF SCOTT DICKENSON

Scott Dickenson, undersigned counsel for Defendant Medicredit, Inc., hereby moves that Scott Dickenson be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Medicredit, Inc., pursuant to LCvR 83.2 B.

In support of this Motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Scott Dickenson filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rule.

Dated: March 7, 2016

Respectfully submitted,

SPENCERFANE

s/ *Scott Dickenson*
Scott Dickenson, Esq.
MO I.D. No. 50478
sdickenson@spencerfane.com
1 North Brentwood Boulevard
Suite 1000
St. Louis, Missouri 63105
(314) 333-3917 (Telephone)

*Attorney for Defendant Medicredit, Inc.*