## IN THE UNITED STATES DISTRICT COURT
## FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| MELISSA HARTMAN, on behalf of herself and all others similarly situated, | ) ) ) | |
| Plaintiff, | ) ) | CASE NO. 2:15-cv-01596-MPK |
| vs. | ) ) | *Electronically Filed* |
| MEDICREDIT, INC. and JOHN DOES 1-25, | ) ) ) | |
| Defendants. | ) ) | |

### <u>MOTION FOR ADMISSION PRO HAC VICE OF MEGAN D. MEADOWS</u>

Megan D. Meadows, undersigned counsel for Defendant Medicredit, Inc., hereby moves that Megan D. Meadows be admitted to appear and practice in this Court in the above-captioned matter as counsel *pro hac vice* for Defendant Medicredit, Inc., pursuant to LCvR 83.2 B.

In support of this Motion, undersigned counsel attaches the Affidavit for Admission Pro Hac Vice of Megan D. Meadows filed herewith, which, it is averred, satisfies the requirements of the foregoing Local Rule.

Dated: March 7, 2016

Respectfully submitted,

SPENCERFANE

s/ *Megan D. Meadows*
Megan D. Meadows, Esq.
MO I.D. No. 60669
mmeadows@spencerfane.com
1 North Brentwood Boulevard
Suite 1000
St. Louis, Missouri 63105
(314) 333-3905 (Telephone)

*Attorney for Defendant Medicredit, Inc.*