IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MELISSA HARTMAN, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> MEDICREDIT, INC. and JOHN DOES 1-25, ) <br> ) <br> Defendants. ) | Civil Action No. 15-1596 <br> Judge Mark R. Hornak/ <br> Chief Magistrate Judge Maureen P. Kelly |

## ORDER

AND NOW, this 10th day of January, 2017, after Plaintiff Melissa Hartman filed an action in the above-captioned case, and after a Motion to Dismiss was filed by Defendant Medicredit, Inc., ECF No. 38, and after a Report and Recommendation was filed by Chief United States Magistrate Judge Maureen P. Kelly, ECF No. 51, giving the parties until January 6, 2017, to file written objections thereto, and no Objections having been filed, and upon independent review of the record, and upon consideration of the Magistrate Judge's Report and Recommendation, which is adopted as the opinion of this Court,

IT IS HEREBY ORDERED that the Motion to Dismiss, ECF No. 38, is DENIED.

By the Court:

_____
United States District Judge

cc: Honorable Maureen P. Kelly
Chief United States Magistrate Judge

All Counsel of Record Via CM-ECF